IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| DR. JOSHUA PEARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. |
| v. | ) | 09-cv-00132-RPM-MEH |
| | ) | |
| | ) | |
| The MESA WOMEN'S HEALTH CARE | ) | |
| SEP-IRA, MESA WOMEN'S HEALTH CARE, | ) | |
| PLLC, a Colorado professional limited | ) | |
| liability company, and DR. KEVIN HOWELL, | ) | |
| Defendants. | ) | |

**ORDER APPROVING STIPULATION FOR DISMISSAL**

Upon review of the parties' Stipulation for Dismissal [23], filed on April 8, 2009, it is

ORDERED that the stipulation of the parties reflected in the Stipulation for Dismissal is approved and the matter is dismissed without prejudice with each party to bear their own costs and attorneys' fees.

DATED this 9th day of April, 2009.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge